UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY LEE PORTIS, #313964,

        Petitioner,

                              CASE NO. 11-CV-10614
v.                              HONORABLE MARK A. GOLDSMITH

LLOYD RAPELJE,

        Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable Mark A. Goldsmith, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is denied and dismissed with prejudice.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                           By:    s/Deborah J. Goltz
                                                    DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE